

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00240-CV

Jonathan Louis **BERNAL**,
Appellant

v.

Rebecca Ashley **BERNAL**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-21742
Honorable Monique Diaz, Judge Presiding

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Delivered and Filed: October 8, 2025

DISMISSED

Appellant has filed a "Motion to Drop Appeal No. 04-25-00240-CV" seeking dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellee has not filed a response contending dismissal would prevent her from seeking relief to which she would otherwise be entitled. *See id*; *id.* R. 10.3(a). We therefore grant the motion and dismiss this appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM